IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3123 |
| | ) | |
| V. | ) | |
| | ) | |
| HOLLIS C. BRYANT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

1. The defendant's motion (filing 46) for leave to withdraw motion to reduce sentence (filing 42) is granted. The motion (filing 42) is withdrawn.

2. A copy of this order shall be provided to counsel of record, Chief Probation Officer James Rowoldt and Chief Deputy Probation Officer Mary Lee Ranheim.

February 14, 2008.          BY THE COURT:

                            *S/ Richard G. Kopf*
                            United States District Judge